UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
# CRIMINAL MINUTES – ARRAIGNMENT

| | | |
|---|---|---|
| Case No. 2:24-cr-00527-SVW | | Date: 09/27/2024 |
| Present: The Honorable: A. Joel Richlin, United States Magistrate Judge | | |
| Interpreter N/A | | Language N/A |
| Claudia Garcia-Marquez | 09/27/2024 | Eli Alcaraz |
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s)  ✔ Present  In Custody | Attorneys for Defendants:  ✔ Present  Retained |
|---|---|
| Trevor James Kirk | Tom Yu |

**Proceedings:** Arraignment of Defendant and/or   ✔ Assignment of Case   Appointment of Counsel
Initial Appearance

* Court does not question defendant as to true name.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Stephen V. Wilson.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 11/19/2024 9:00 AM
* The parties are referred to Judge Wilson's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov. Judge Wilson is located in 10A, Los Angeles -United States Courthouse, 350 W 1st Street, CA 90012-4565.

| cc: | PSALA | PSAED | PSASA | Initial Appearance/Appointment of Counsel: 00 : 00 |
|---|---|---|---|---|
| | ✔ USMLA | USMED | USMSA | Arraignment: 00 : 03 |
| | Statistics Clerk | | Interpreter | Initials of Deputy Clerk: CGM by TRB |
| | CJA Supervising Attorney | | Fiscal | |