Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED

2024 SEP 27  AM 9: 12

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| PLAINTIFF | 2:24-CR-00527-SVW |
| v. | |
| TREVOR JAMES KIRK | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____ DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 09/26/2024 at 9:00 ☒ AM ☐ PM
   or
   The defendant was arrested in the ____ District of ____ on ____ at ____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   18 U.S.C. § 242

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☒ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: ____

7. Year of Birth: 1993

8. Defendant has retained counsel:   ☐ No
   ☒ Yes   Name: Tom Yu   Phone Number: 844-998-1033

9. Name of Pretrial Services Officer notified: 213.894.5569 - LM

10. Remarks (if any): ____

11. Name: Special Agent George Maloney   (please print)

12. Office Phone Number: 310-477-6565   13. Agency: FBI

14. Signature: [signed] George Maloney   15. Date: 9/25/24

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION