```
 1  JOSEPH T. MCNALLY
    Acting United States Attorney
 2  LINDSEY GREER DOTSON
    Assistant United States Attorney
 3  Chief, Criminal Division
    ELI A. ALCARAZ (Cal. Bar No. 288594)
 4  MICHAEL J. MORSE (Cal. Bar No. 291763)
    Assistant United States Attorneys
 5  Public Corruption and Civil Rights Section
         312 North Spring Street, Floor 15
 6       Los Angeles, California 90012
         Telephone: (213) 894-3424/7367
 7       Facsimile: (213) 894-6269
         Email:     Eli.Alcaraz@usdoj.gov
 8                  Michael.Morse@usdoj.gov

 9  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
10
```

                     UNITED STATES DISTRICT COURT

                   FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 24-527-SVW |
|---|---|
| Plaintiff, | JOINT STATEMENT OF THE CASE |
| v. | Trial Date: February 4, 2025 |
|  | Trial Time: 9:00 a.m. |
| TREVOR JAMES KIRK, | Location: Ctrm. of the Hon. Stephen V. Wilson |
| Defendant. |  |

     Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Eli A. Alcaraz and Michael J. Morse, and defendant Trevor James Kirk ("defendant"), by and through his counsel of record, Tom Yu, Edward M. Robinson, and Brian A. Robinson, hereby file this Joint Statement of the Case to be read to the jury in this matter.

1

The parties respectfully request the opportunity to make modifications to this joint statement if necessary.

Dated: January 24, 2025                Respectfully submitted,

                                                     JOSEPH T. MCNALLY
                                                     Acting United States Attorney

                                                     LINDSEY GREER DOTSON
                                                     Assistant United States Attorney
                                                   Chief, Criminal Division


                                                    _/s/_____
                                                   ELI A. ALCARAZ
                                                   MICHAEL J. MORSE
                                                   Assistant United States Attorneys

                                                   Attorneys for Plaintiff
                                                   UNITED STATES OF AMERICA


Dated: January 24, 2025                /s/ (via email authorization)_____
                                                   TOM YU
                                                   EDWARD M. ROBINSON
                                                   BRIAN A. ROBINSON

                                                   Attorneys for Defendant
                                                   TREVOR JAMES KIRK

**JOINT STATEMENT OF THE CASE**

The Indictment in this case charges defendant Trevor James Kirk with one count of Deprivation of Rights Under Color of Law, in violation of Title 18, United States Code, Section 242.

The grand jury Indictment alleges that on or about June 24, 2023, in Lancaster, California, defendant was acting in his official capacity as a sworn Los Angeles County Sheriff's Department deputy when he allegedly assaulted Victim J.H., including by using pepper spray, and that he caused bodily injury to Victim J.H.  Based on his alleged actions, defendant is charged with willfully depriving Victim J.H. of a right secured and protected by the Constitution and the laws of the United States, specifically the right to be free from the use of unreasonable and unnecessary force by a law enforcement officer.

Defendant has pled not guilty to the charge and denies the allegations in the charge.  The United States has the burden of proving every element of the charge beyond a reasonable doubt.