# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | | |
|---|---|---|
| Case No. | 2:24-cr-00527-SVW | Date: February 4, 2025 |
| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
| Interpreter | N/A | |

| Paul M. Cruz | Suzanne McKennon | Eli Alcarez, Brian Faerstein, Michael Morse |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| | | | | Edward M. Robinson | X | | X |
| | | | | Tom Yu | X | | X |
| Trevor James Kirk | X | X | | Brian A. Robinson | X | | X |

\_\_\_\_ Day COURT TRIAL      1st Day JURY TRIAL      \_\_\_\_ Death Penalty Phase

\_\_\_\_ One day trial;   X Begun (1st day);   X Held & continued;   \_\_\_\_ Completed by jury verdict/submitted to court.

X The Jury is impaneled and sworn.

X Opening statements made   Plaintiff and Defendant

X Witnesses called, sworn and testified.

X Exhibits identified      X Exhibits admitted

\_\_\_\_ Closing arguments made   \_\_\_\_ Court instructs jury   \_\_\_\_ Bailiff sworn

\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

\_\_\_\_ Alternates excused   \_\_\_\_ Jury retires to deliberate   \_\_\_\_ Jury resumes deliberations

\_\_\_\_ Finding by Court as follows:      \_\_\_\_ Jury Verdict as follows:

Dft # \_\_\_\_ \_\_\_\_ Guilty on count(s)      \_\_\_\_ Not Guilty on count(s)

\_\_\_\_ Jury polled      \_\_\_\_ Polling waived

\_\_\_\_ Filed Witness & Exhibit lists   \_\_\_\_ Filed Jury notes   \_\_\_\_ Filed Jury Instructions   \_\_\_\_ Filed Jury Verdict

Dft # \_\_\_\_ \_\_\_\_ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # \_\_\_\_ \_\_\_\_ remanded to custody.   \_\_\_\_ Remand/Release# _____ issd.   Dft # \_\_\_\_ \_\_\_\_ released from custody.

\_\_\_\_ Bond exonerated as to Dft # _____

X Case continued to Feb. 5, 2025 at 9:30 a.m. for further trial/further jury deliberation.

\_\_\_\_ Other:

                                                                    6           25
                                          Initials of Deputy Clerk   PMC