# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 2:24-cr-00527-SVW |
| Date | February 5, 2025 |
| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
| Interpreter | N/A |

| Paul C | Suzanne McKennon | Eli Alcaraz, Brian Faerstein, Michael Morse |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Trevor James Kirk | X | | X | Edward M. Robinson | X | | X |
| | | | | Tom Yu | X | | X |
| | | | | Brian Anderson | X | | X |

___ Day COURT TRIAL     **2nd** Day JURY TRIAL     ___ Death Penalty Phase

___ One day trial;     ___ Begun (1st day);     **X** Held & continued;     ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made

**X** Witnesses called, sworn and testified.

**X** Exhibits identified     **X** Exhibits admitted

**X** Government rests.     **X** Defendant(s) Trevor James Kirk rests.

___ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

___ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

___ Closing arguments made     ___ Court instructs jury     ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused     ___ Jury retires to deliberate     ___ Jury resumes deliberations

___ Finding by Court as follows:     ___ Jury Verdict as follows:

Dft # ___ Guilty on count(s) _____     ___ Not Guilty on count(s) _____

___ Jury polled     ___ Polling waived

**X** Case continued to Feb. 6, 2025 at 9:30 a.m. for further trial/further jury deliberation.

___ Other:

6 : 40

Initials of Deputy Clerk  PMC

CR-78 (10/08)     CRIMINAL MINUTES - TRIAL     Page 1 of 1