NAME & ADDRESS:

FILED
CLERK, U.S. DISTRICT COURT
FEB - 6 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:24-cr-00527-SVW |
| v. | |
| Trevor James Kirk, | RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING |
| DEFENDANT(S) | |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the ~~joint~~ any exhibit list are hereby being returned to counsel for the respective party(ies) **except** the following exhibit(s)

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

2/6/25
Date

Eli Alcaraz
Counsel for: ☒Plaintiff ☐Defendant ☐ U.S.A

Signature _____ 213-453-0995
                                    Telephone Number

2/6/25
Date

Ed Robinson
Counsel for: ☐Plaintiff ☒Defendant ☐ Trevor James Kirk

Signature _____ 310 595-9332
                                    Telephone Number

I hereby certify that the above-mentioned exhibits where returned to counsel as indicated above this date.

Feb. 6, 2025
Date

Clerk, U.S. District Court
By _____
Paul Cruz, Deputy Clerk