FILED
CLERK, U.S. DISTRICT COURT

FEB - 6 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA, | ) Case No.: 2:24-cr-00527-SVW |
| Plaintiff(s), | ) **JURY NOTE NUMBER:** |
| vs. | ) Today's Date: |
| Trevor James Kirk, | ) Time: 2:18 pm |

_____   THE JURY HAS REACHED AN UNANIMOUS VERDICT

  X     THE JURY REQUESTS THE FOLLOWING:

On the verdict form question 2 does not match what we thought we heard in court. Do we need to choose which happened a or b (and not both?). In court we thought we heard we would have to choose a and/or b. (potentially both). Can you clarify this? Do we need to specify a or b?

SIGNED: REDACTED

FOREPERSON OF THE JURY