# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:24-cr-00527-SVW |
| Date | February 6, 2025 |
| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
| Interpreter | N/A |

| Paul M. Cruz | Suzanne McKennon | Eli Alcaraz; Brian Faerstein; Michael Morse |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Trevor James Kirk | X | | X | Edward Robinson | X | | X |
| | | | | Tom Yu | X | | X |
| | | | | Brian Robinson | X | | X |

___ Day COURT TRIAL          3rd Day JURY TRIAL          ___ Death Penalty Phase

___ One day trial;   ___ Begun (1st day);   ___ Held & continued;   X Completed by jury verdict/submitted to court.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

X Closing arguments made      X Court instructs jury      X Bailiff sworn

X Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

X Alternates excused      X Jury retires to deliberate      ___ Jury resumes deliberations

___ Finding by Court as follows:      ___ Jury Verdict as follows:

Dft # ___   X Guilty on Count 1      ___ Not Guilty on count(s)

X Jury polled      ___ Polling waived

X Filed Witness & Exhibit lists   X Filed Jury notes   X Filed Jury Instructions   X Filed Jury Verdict

X Dft # 1 Referred to Probation Office for Investigation & Report and continued to 4/21/25 at 11 am for sentencing.

___ Dft # ___ remanded to custody.   Remand/Release# _____ issd.   Dft # ___ released from custody.

___ Bond exonerated as to Dft # _____

___ Case continued to _____ for further trial/further jury deliberation.

___ Other:

5 : 30

Initials of Deputy Clerk   PMC