```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                                FEB - 6 2025

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 24-527-SVW |
| Plaintiff, | VERDICT FORM |
| v. | |
| TREVOR JAMES KIRK, | |
| Defendant. | |

1

## Deprivation of Rights Under Color of Law

1. We, the Jury, unanimously find the defendant TREVOR JAMES KIRK (**check one**):

    __X__   GUILTY

    _____   NOT GUILTY

of Deprivation of Rights Under Color of Law, in violation of 18 U.S.C. § 242, as charged in the Indictment.

(If the response to **Question 1** is Guilty, you must also answer **Question 2**, and then have the Foreperson sign and date this Verdict Form. If the response to **Question 1** is Not Guilty, please have the Foreperson sign and date this Verdict Form without answering **Question 2**.)

2. We, the Jury, unanimously find that (a) J.H. suffered bodily injury as a result of the defendant TREVOR JAMES KIRK's acts, or (b) the defendant TREVOR JAMES KIRK's acts included the use of a dangerous weapon (**check one**):

    __X__   YES

    _____   NO

REDACTED
_____
FOREPERSON OF THE JURY

DATED: February 6, 2025, at Los Angeles, California.