JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
ELI A. ALCARAZ (Cal. Bar No. 288594)
MICHAEL J. MORSE (Cal. Bar No. 291763)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     312 North Spring Street, Floor 15
     Los Angeles, California 90012
     Telephone: (213) 894-3424/7367/3819
     Facsimile: (213) 894-6269
     Email:    Eli.Alcaraz@usdoj.gov
               Michael.Morse@usdoj.gov
               Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-cr-00527-SVW |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | **CURRENT SENTENCING DATE:** April 21, 2025, at 11:00 a.m. |
| TREVOR JAMES KIRK, | **PROPOSED SENTENCING DATE:** |
| Defendant. | May 19, 2025, at 11:00 a.m. |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Eli A. Alcaraz, Michael J. Morse, and Brian R. Faerstein, and defendant TREVOR JAMES KIRK ("defendant"), by and through his counsels of record, Tom Yu, Edward M. Robinson, and Brian A. Robinson, hereby stipulate as follows:

1. On February 6, 2025, defendant was convicted of felony Deprivation of Rights Under Color of Law, in violation of 18 U.S.C. § 242, after a three-day jury trial.

2. The Court scheduled sentencing for April 21, 2025, at 11:00 a.m.

3. Under 18 U.S.C. § 3771, the Crimes Victims' Rights Act, the named victim in this case, J.H., is entitled to be present for and be heard at any public proceeding in this case, including sentencing.

4. According to counsel for victim J.H., J.H. is unable to attend sentencing as scheduled, due to a scheduling conflict of her attorney.

5. Thus, the parties seek a continuance of the currently scheduled sentencing hearing to May 19, 2025, to afford J.H. the opportunity to attend.

6. Defense counsel has conferred with defendant regarding this request for a continuance of the sentencing date. Defendant concurs in the request.

///

///

1    7. Accordingly, the parties request that the Court continue
2 sentencing to May 19, 2025, at 11:00 a.m.
3 Dated: March 7, 2025                    Respectfully submitted,

                                         JOSEPH T. MCNALLY
                                         Acting United States Attorney

                                         LINDSEY GREER DOTSON
                                         Assistant United States Attorney
                                         Chief, Criminal Division


                                              /s/
                                         ELI A. ALCARAZ
                                         MICHAEL J. MORSE
                                         BRIAN R. FAERSTEIN
                                         Assistant United States Attorneys

                                         Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA



Dated: March 7, 2025
                                          /s/* (per email authorization)
                                         TOM YU
                                         EDWARD M. ROBINSON
                                         BRIAN A. ROBINSON

                                         Attorneys for Defendant
                                         TREVOR JAMES KIRK