1
2
3
4
5
6
7
8
9
10
11
12                    UNITED STATES DISTRICT COURT
13                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

14  UNITED STATES OF AMERICA,         No. 2:24-cr-00527-SVW
15           Plaintiff,               ORDER CONTINUING SENTENCING
16              v.                    **[PROPOSED] NEW SENTENCING DATE:**  May 19, 2025, at 11:00
17  TREVOR JAMES KIRK,                a.m.
18           Defendant.

19
20      The Court has read and considered the Stipulation to Continue
21  Sentencing filed by the parties in this matter on March 7, 2025.  The
22  Court hereby finds that the Stipulation, which this Court
23  incorporates by reference into this Order, demonstrates facts that
24  support good cause to continue the sentencing hearing in this case.
25  ///
26  ///
27
28

THEREFORE, FOR GOOD CAUSE SHOWN, the sentencing hearing for defendant TREVOR JAMES KIRK is hereby continued to May 19, 2025, at 11:00 a.m.

IT IS SO ORDERED.

March 12, 2025
DATE

*[signature: Stephen V. Wilson]*
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:

        /s/
MICHAEL J. MORSE
Assistant United States Attorney