BILAL A. ESSAYLI
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
ELI A. ALCARAZ (Cal. Bar No. 288594)
MICHAEL J. MORSE (Cal. Bar No. 291763)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     312 North Spring Street, Floor 15
     Los Angeles, California 90012
     Telephone: (213) 894-3424/7367/3819
     Facsimile: (213) 894-6269
     Email:     Eli.Alcaraz@usdoj.gov
                Michael.Morse@usdoj.gov
                Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 24-527-SVW |
|---|---|
| Plaintiff, | JOIN<u>T STIPULATION TO CONTINUE</u> <u>SENTENCING HEARING</u> |
| v. | **CURRENT SENTENCING HEARING:** May 19, 2025, 11:00 a.m. |
| TREVOR JAMES KIRK, | |
| Defendant. | **PROPOSED SENTENCING HEARING:** August 18, 2025, 11:00 a.m. |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Eli A. Alcaraz, Michael J. Morse, and Brian R. Faerstein, and defendant Trevor James Kirk ("defendant"), by and through his counsel of record, Tom Yu, Edward M. Robinson, and Brian A. Robinson, hereby stipulate as follows:

1. On February 6, 2025, a jury found defendant guilty of Deprivation of Rights Under Color of Law, in violation of 18 U.S.C. § 242, with a special finding of bodily injury and/or use of a dangerous weapon. (Dkt. 51.)

2. Sentencing in this matter originally was set for April 21, 2025. Under a stipulation of the parties (Dkt. 66), the Court continued the sentencing to May 19, 2025, at 11:00 a.m. (Dkt. 67).

3. By this stipulation, the parties jointly move to continue defendant's sentencing hearing to August 18, 2025, at 11:00 a.m., for the following reasons, which the parties agree provide good cause for a continuance:

    a. On April 2, 2025, Bilal A. Essayli was sworn in as the United States Attorney for the Central District of California. U.S. Attorney Essayli has requested time to review significant matters pending in the Office, including this matter. The requested continuance would allow U.S. Attorney Essayli the opportunity to review the facts and circumstances of this case, including facts bearing on sentencing, and confer with the trial team in advance of the filing date for the United States' sentencing position.

    b. Defendant needs additional time to prepare for sentencing and gather information and materials in support of his sentencing position, including letters of support and other information that may provide a basis for sentencing mitigation.

///
///

1  4. The parties agree that a continuance is appropriate and
2  respectfully request that the Court continue sentencing in this
3  matter to August 18, 2025, or to a later date that is convenient for
4  the Court.
5  5. Defendant agrees to appear in Courtroom 10A of the First
6  Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012
7  on August 18, 2025, at 11:00 a.m. for sentencing.

Dated: April 10, 2025                  Respectfully submitted,

                                       BILAL A. ESSAYLI
                                       United States Attorney

                                       LINDSEY GREER DOTSON
                                       Assistant United States Attorney
                                       Chief, Criminal Division


                                       /s/
                                       ELI A. ALCARAZ
                                       MICHAEL J. MORSE
                                       BRIAN R. FAERSTEIN
                                       Assistant United States Attorneys

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA


Dated: April 10, 2025
                                       /s/ *(via email authorization)*
                                       TOM YU
                                       EDWARD M. ROBINSON
                                       BRIAN A. ROBINSON

                                       Attorneys for Defendant
                                       TREVOR JAMES KIRK

3