Caree Harper SBN 219048
LAW OFFICES OF CAREE HARPER
401 Wilshire Blvd Suite 1200
Santa Monica, CA 90401
Tel.: (213) 386-5078
Email: ch1@attorneyharper.com

Christian Contreras, Esq.(SBN330269)
   *CC@Contreras-Law.com*
**LAW OFFICES OF CHRISTIAN CONTRERAS**
**PROFESSIONAL LAW CORPORATION**
360 E. 2nd St., 8th Floor
Los Angeles, California 90012
Tel: (323) 435-8000; Fax: (323) 597-0101

Attorneys for Victim,
J.H.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TREVOR JAMES KIRK,<br><br>　　　　　Defendant. | CASE NO.: 2:24-cr-00527-SVW<br><br>**VICTIM J.H.'s MOTION FOR SENTENCING OF DEFENDANT TREVOR KIRK FORTHWITH AND VICTIM J.H.'s OBJECTION TO JOINT STIPULATION TO CONTINUE SENTENCING HEARING (Dkt. 69)** |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**COMES NOW** Victim J.H. and respectfully moves this Court for Sentencing of Defendant Trevor Kirk Forthwith. Victim J.H. also hereby objects to Joint Stipulation to Continue Sentencing Hearing (Dkt. 69). Victim J.H. also

The Crime Victims' Rights Act ("CVRA") guarantees crime victims eight (8) different rights, and unlike the prior crime victims' rights statute, allows both the government and the victims to enforce them. *See* 18 U.S.C. § 3771(a), (d)(1); *United States v. McVeigh*, 106 F.3d 325, 335 (10th Cir.1997) (per curiam).

One of the rights under the CVRA is "[t]he right to proceedings free from unreasonable delay." 18 U.S.C.A. § 3771(a)(7).

Here, Defendant Kirk was convicted on February 6, 2025. The February 6, 2025 conviction occurred close to two (2) years after the June 24, 2023 crime on Victim J.H. This Court previously scheduled sentencing for April 21, 2025. However, the April 21, 2025 sentencing was continued to May 19, 2025. *See* Dkt. 67. Now, on April 10, 2025, another stipulation to continue sentencing from May 19, 2025 to August 18, 2025 was filed. Victim J.H. objects to any further continuance of sentencing.

Victim J.H. respectfully moves this Court for sentencing of Defendant Kirk forthwith. Victim J.H. has a right to proceedings free from delay and submits that any further delay in sentencing is contrary to the CVRA and Victim's J.H.'s rights.

Furthermore, there are several objectives of the CVRA including "ensuring that the district court doesn't discount the impact of the crime on the victims" and "allowing the victim to regain a sense of dignity and respect rather than feeling powerless and ashamed." *United States v. Burkholder*, 590 F.3d 1071, 1075 (9th Cir. 2010),

Here, Victim J.H. has been significantly impacted by Defendant Kirk's crime. Victim J.H. wishes to moves on with her life and potentially move out of state but is unable to until the proceedings are concluded. Any further delay in these proceedings is preventing Victim J.H. to move forward with her life. Without an imposition of a

2

**VICTIM J.H.'s MOTION FOR SENTENCING OF DEFENDANT TREVOR KIRK FORTHWITH AND VICTIM J.H.'s OBJECTION TO JOINT STIPULATION TO CONTINUE SENTENCING HEARING (Dkt. 69)**

sentence of Defendant Kirk, Victim J.H. cannot regain her sense of dignity. Therefore, in order to fulfill the objectives of the CVRA, sentencing should occur forthwith.

Finally, "[t]he crime victim or the crime victim's lawful representative, and the attorney for the Government may assert the rights described in subsection (a)." 18 U.S.C.A. § 3771(d)(1). Indeed, "[t]he rights described in subsection (a) shall be asserted in the district court in which a defendant is being prosecuted for the crime . . . The district court shall take up and decide any motion asserting a victim's right forthwith." 18 U.S.C.A. § 3771(d)(3).

Here, Victim J.H. has standing to bring this motion and respectfully, this Court should decide this motion forthwith.

Dated: April 13, 2025         **LAW OFFICES OF CAREE HARPER**
                              **LAW OFFICES OF CHRISTIAN CONTRERAS**

                              By: _____
                              Christian Contreras, Esq.
                              Attorney for Victim,
                              J.H.