```
 1  BILAL A. ESSAYLI
    United States Attorney
 2  LINDSEY GREER DOTSON
    Assistant United States Attorney
 3  Chief, Criminal Division
    CASSIE D. PALMER (Cal. Bar No. 268383)
 4  Assistant United States Attorney
    Deputy Chief, Public Corruption and Civil Rights Section
 5       1500 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-0363
 7       Facsimile: (213) 894-6436
         E-mail:    cassie.palmer@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

                          UNITED STATES DISTRICT COURT

                      FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:24-00527-SVW |
|---|---|
| Plaintiff, | NOTICE OF ERRATA AND REQUEST TO WITHDRAW DOCKET NUMBER 79 |
| v. | |
| TREVOR JAMES KIRK, | |
| Defendant. | |

     Plaintiff United States of America, by and through the United States Attorney for the Central District of California and Assistant United States Attorney Cassie D. Palmer, hereby files this notice of errata and request to withdraw the document filed at Docket Number 79 in the above-referenced case.  On April 29, 2025, the undersigned government counsel, who is not counsel of record for the government in this case, inadvertently filed on the ECF docket for the above-referenced case a joint stipulation and proposed order to continue trial in a separate case in this District, specifically, United States v. Steven Arthur Lankford et al., Case No. 24-CR-77(A)-WLH.  Upon learning of this inadvertent error, the undersigned government

1 counsel filed the joint stipulation and proposed order on the ECF
2 docket for the correct case.  Government counsel hereby files this
3 notice of errata and request to withdraw the document filed at Docket
4 Number 79 to remove the inadvertent filing from the docket and
5 clarify any confusion that may have arisen from this inadvertent
6 filing.  Counsel apologizes for the oversight.

Dated: April 29, 2025          Respectfully submitted,

                               BILAL A. ESSAYLI
                               United States Attorney

                               LINDSEY GREER DOTSON
                               Assistant United States Attorney
                               Chief, Criminal Division

                               /s/ Cassie D. Palmer
                               _____
                               CASSIE D. PALMER
                               Assistant United States Attorneys

                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA