**EDWARD M. ROBINSON (CA Bar 126244)**
**BRIAN A. ROBINSON (CA Bar 333650)**
21515 Hawthorne Blvd, Suite 730
Torrance, CA 90503
Office: (310) 316-9333
Facsimile: (310) 316-6442
eroblaw@gmail.com

Attorneys for Defendant
*TREVOR JAMES KIRK*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 24-cr-00527-SVW |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT TREVOR JAMES KIRK'S NON-OPPOSITION TO GOVERNMENT'S Fed. R. Crim. P. 48(a) MOTION TO STRIKE SPECIAL FINDING; JOINDER IN GOVERNMENT'S POSITION STATEMENT IN RESPONSE TO PRE-SENTENCE REPORT** |
| TREVOR JAMES KIRK, | |
| Defendant. | |

## INTRODUCTION

### a. Request for ruling on Government's Fed. R. Crim. P. 48(a) motion.

Defendant Trevor James   Kirk, (Mr. Kirk,) joins in the government's motion per Fed. R. Crim. P 48(a) to vacate the non-differentiated jury finding.  Mr. Kirk recognizes that this joinder-non opposition will inure to his benefit and is not for the purpose of "prosecutorial harassment[.]" *Rinaldi v. United States*, 434 U.S. 22, 29 n.15 (1977).  As such he does not object to the government's motion.

Furthermore, Mr. Kirk requests that, in exercising its discretion, this Court find that the "manifest public interest" limitation on the Court's discretion, not apply in this case as the government has produced a letter from Los Angeles County Sherriff, Robert

1

1  Luna, outlining reasons that support the United States Attorney's good faith evaluation

2  of the evidence in this case supporting the motion to vacate.

3         For the reasons set forth in the government's motion Mr. Kirk requests that this

4  Court exercise its discretion and vacate the jury's finding as to Question Two regarding

5  injury or use of a dangerous weapon.

6    **b. The Advisory Guideline calculations, 18 U. S.C. § 3553(a) analysis and**
       **sentencing recommendation requested by the Government apply.**

7

8    Mr. Kirk joins in the requested advisory guideline application requested by the

9  Government.   Additionally, he asks that this Court determine that the sentence

10 requested by the parties is "not greater than necessary" to support the sentencing factors

11 in 18 U.S.C. § 3553(a) and as such is reasonable and appropriate.

12 Dated: May 16, 2025                    /s/ *Edward M. Robinson*

13                                        _____
                                          EDWARD M. ROBINSON
14                                        Attorney for Defendant
                                          TREVOR KIRK
15

16 Dated: May 16, 2025                    /s/ *Tom Yu*

17                                        _____
                                          TOM YU
18                                        Attorney for Defendant
19                                        TREVOR KIRK

20

21

22

23

24

25

26

27

28

                                          2