UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No.: | 2:24-cr-00527-SVW | Date: | July 21, 2025 |
|---|---|---|---|

| Present: The Honorable | STEPHEN V. WILSON, United States District Judge |
|---|---|
| Interpreter: | N/A |

| Daniel Tamayo | Katie Thibodeaux | Jennifer Ware |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Trevor James Kirk | √ | | √ | Edward M. Robinson CJA | √ | √ | |
| | | | | Brian A. Robinson CJA | √ | √ | |

**Proceedings:** **MOTION FOR BOND PENDING APPEAL FILED BY DEFENDANT [117]**
(Held and Completed)

    Case called. For the reasons stated on the record, the Motion [117] is DENIED. The self-surrender date of August 28, 2025, remains set.

    IT IS SO ORDERED.

CC: USPO

                                                                               : 5

Initials of Deputy Clerk    DTA