```
BILAL A. ESSAYLI
United States Attorney
ROBERT J. KEENAN
Assistant United States Attorney
 UNITED STATES ATTORNEY'S OFFICE
 312 North Spring Street
 Suite 1200
 Los Angeles, California  90012
 Telephone: (213) 894-2400
 Telephone: (714) 338-3500
 E-Mail:    rob.keenan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00527-SVW |
|---|---|
| Plaintiff, | GOVERNMENT'S UNOPPOSED MOTION FOR ORDER DISMISSING INDICTMENT, VACATING JUDGMENT, AND EXONERATING BOND |
| v. | |
| TREVOR JAMES KIRK, | |
| Defendant. | [Fed. R. Crim. P. 48(a)] |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby moves pursuant to Federal Rule of Criminal Procedure 48(a), and by leave of the Court, to dismiss the Indictment on file in the above-captioned case, to vacate the Judgment, and to exonerate defendant's bond.

Earlier today, the government's undersigned counsel sent an e-mail to defendant's counsel, Edward Robinson, Esq. and Tom Yu, Esq., to advise them of the government's intent to file this motion and to ask for defendant's position on the motion.  In a reply e-mail, Mr. Yu advised that defendant KIRK does not oppose this motion.

Prior to reaching out to defendant's attorney, the government's undersigned attorney sent an e-mail this afternoon advising the attorney of record for victim "J.H." of the government's intent to file this motion. In that e-mail, the government's counsel also offered to confer about the matter, and the government is serving this motion on J.H.'s counsel as noted in the attached proof of service.

DATED: July 29, 2025.                    Respectfully submitted,

                                         BILAL A. ESSAYLI
                                         United States Attorney

                                              /s/ R.J.K.
                                         _____
                                         ROBERT J. KEENAN
                                         Assistant United States Attorney

                                         Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

I am a citizen of the United States.  I am over 18 years of age, and I am not a party to the above-entitled action.  My business address is the United States Attorney's Office, Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Suite 8000, Santa Ana, California 92701.

On this date, **July 29, 2025,** I served a copy of the attached document, **GOVERNMENT'S UNOPPOSED MOTION FOR ORDER DISMISSING INDICTMENT, VACATING JUDGMENT, AND EXONERATING BOND,** and the **[PROPOSED] ORDER,** on the attorney of record for the individual identified in the indictment as victim "J.H." by e-mailing it to the following e-mail addresses:

**careeharper@aol.com**

**ch1@attorneyharper.com**

I declare under penalty of perjury that the foregoing is true and correct.  This declaration is executed on this day, **July 29, 2025.**

/s/ R.J.K.
Robert J. Keenan

3