```
 1  BILAL A. ESSAYLI
    United States Attorney
 2  ROBERT J. KEENAN
    Assistant United States Attorney
 3   UNITED STATES ATTORNEY'S OFFICE
     312 North Spring Street
 4   Suite 1200
     Los Angeles, California  90012
 5   Telephone: (213) 894-2400
     Telephone: (714) 338-3500
 6   E-Mail:    rob.keenan@usdoj.gov

 7  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
 8
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 24-00527-SVW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DISMISSING INDICTMENT, VACATING JUDGMENT, AND EXONERATING BOND |
| v. | |
| TREVOR JAMES KIRK, | [Fed. R. Crim. P. 48(a)] |
| Defendant. | |

Upon application of the United States of America, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court HEREBY ORDERS that the Indictment in the above-captioned matter is HEREBY DISMISSED, the Judgment is VACATED, and the bond is EXONERATED.

IT IS SO ORDERED.

DATED: July __, 2025.

                                                             _____
                                                             STEPHEN V. WILSON
                                                             UNITED STATES DISTRICT JUDGE

Respectfully submitted:

*/s/ Robert J. Keenan*
Attorneys for Plaintiff
UNITED STATES OF AMERICA