Caree Harper SBN 219048
Law Offices of Caree Harper
401 Wilshire Blvd. Suite 1200
Santa Monica, CA 90401
Telephone: (213) 386-5078
Email: ch1@attorneyharper.com

Paul G. Cassell (Utah Bar 6078*)
S.J. Quinney College of Law
University of Utah
Salt Lake City, UT 84112
Telephone: (801) 585-5202
Email: *cassellp@law.utah.edu*
(no institutional endorsement implied)

Attorneys for Victim "J.H."

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>    vs.<br><br>TREVOR JAMES KIRK,<br><br>                              Defendant.<br><br>J.H., Victim | CASE NO.: 2:24-CR-00527-SVW<br><br>**NOTICE OF UNAVAILABILITY TO PERSONALLY APPEAR; NOTICE OF ABILITY TO APPEAR BY VIDEOLINK; & NOTICE OF AVAILABILITY TO DEFEND CONVICTION AT THE NINTH CIRCUIT COURT OF APPEALS**<br><br>DATE:     August 4, 2025<br>TIME:     11:00 a.m.<br>PLACE:    350 W. 1st St Ctrm. 10-A<br>          Los Angeles, CA 90012 |

///

\* *Pro hac vice motion to be filed.*

TO THE PARTIES OF RECORD AND THIS HONORABLE COURT:

This serves as formal notice that the undersigned team is ready, willing and able to step in and defend the appeal of TREVOR JAMES KIRK at the Ninth Circuit Court of Appeals as *amici curiae* counsel as the government has indicated it will abdicate its role as prosecutor for the appeal.

This further serves to notify the Court that neither counsel is available to personally appear in court today but is available via video-link should the court have questions about yesterday's filing. Otherwise, counsel for crime victim "JH" submit their argument on the pleadings.

DATED: 8/4/25                    LAW OFFICES OF CAREE HARPER

/s/ Caree Harper
Caree Harper
Paul G. Cassell (Utah Bar 6078*)
S.J. Quinney College of Law
University of Utah

Attorneys for Crime Victim "JH"


# CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of Los Angeles County, California. I am over 18 years of age, and I am not a party to the above-entitled action. My business address is 401 Wilshire Blvd., Suite 1200, Santa Moncia, California.

On this date, **August 4, 2025**, I served a copy of the foregoing

**NOTICE OF UNAVAILABILITY TO PERSONALLY APPEAR; NOTICE OF ABILITY TO APPEAR BY VIDEOLINK; & NOTICE OF AVAILABILITY TO DEFEND CONVICTION AT THE NINTH CIRCUIT COURT OF APPEALS**

via the Court's CM/ECF filing system.

This declaration is executed on this day, **August 4, 2025**, in Los Angeles County, California.

DATED: 8/4/25                    LAW OFFICES OF CAREE HARPER

                                 /s/ Caree Harper
                                 Caree Harper