UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No.: | 2:24-cr-00527-SVW | Date: | August 4, 2025 |
|---|---|---|---|

| Present: The Honorable | STEPHEN V. WILSON, United States District Judge |
|---|---|
| Interpreter: | N/A |

| Daniel Tamayo | Laura Elias | Robert J. Keenan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Trevor James Kirk | √ | | √ | Edward M. Robinson | √ | √ | |
| | | | | Tom Yu; | √ | √ | |

**Proceedings:** **MOTION to Dismiss Case, MOTION to Vacate Judgment, MOTION to Exonerate Bond Filed by Plaintiff [121]** (Held and Completed)

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motions under submission.

IT IS SO ORDERED.

CC: USPO

: 40

Initials of Deputy Clerk   DTA